IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| EDWARD WILLIAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>ANIL GUPTA,<br><br>    Defendant. | )<br>)<br>)<br>)  No.<br>)<br>)<br>)  Jury Trial Requested<br>)<br>)<br>) |

# NOTICE OF REMOVAL

COMES NOW Defendant Anil Gupta, by and through undersigned counsel, and pursuant to 28 U.S.C. § 1446 for his Notice of Removal, states as follows:

1. On October 9, 2023, Plaintiff Edward Williams filed a Complaint in the Circuit Court of St. Clair County, Illinois, Twentieth Judicial Circuit, case No. 23-LA 1145.

2. Anil Gupta is named as the sole defendant in Plaintiff's Complaint.

3. Defendant Gupta was served with the summons and complaint on December 1, 2023. *See exhibit 2 – return of service; and exhibit 3- affidavit of defendant Gupta.*

4. Plaintiff's Complaint is in one Count alleging premises liability pertaining to real estate owned by defendant. *Exhibit 1*

5. Plaintiff's Complaint alleges that on January 31, 2022, while walking on

1

defendant's property, he tripped and fell causing a multitude of serious injuries and damages.

6. This case is removable to United States District for the Southern District of Illinois under 28 U.S.C. § 1441 and 28 U.S.C. § 1446 in that this case meets the jurisdictional requirements of 28 U.S.C. § 1332(a).

7. Under 28 U.S.C. § 1332(a), a United States District Court has jurisdiction over claims where the amount in controversy exceeds $75,000.00 and the parties are citizens of different states.

## Diversity of Citizenship

8. Plaintiff Williams, a citizen of Illinois, and Anil Gupta, a citizen of Missouri, have diversity of citizenship. (*Exhibit 1, ¶1; Exhibit 3.*)

9. As stated in Plaintiff's Complaint, plaintiff Williams is a "resident and citizen of the State of Illinois", including at the time of removal. (*Exhibit 1, ¶1*)

10. At all relevant times herein, the citizenship of defendant Anil Gupta is in the State of Missouri in that he is an individual domiciled and residing in the State of Missouri. This includes the time preceding the filing of Plaintiff's Complaint in the Circuit Court of St. Clair County on October 9, 2023 through the filing of the notice of removal. (*Exhibit 3, affidavit of defendant*)

## Amount in Controversy

11. Plaintiff's Complaint for damages meets the jurisdictional amount in

controversy, an amount in excess of $75,000.00.

12. Plaintiff's complaint alleges the following injuries he sustained in the fall, which can be described as follows:

   a. Right Shoulder Injury:

   i. Dislocation of the right shoulder joint, causing severe damage and discomfort.

   b. Right Wrist Injury:

   i. Sustained an injury to the right wrist, resulting in pain and impairment.

   c. Rotator Cuff Injury:

   i. Significant damage to the rotator cuff, characterized by a "full thickness tear of the mid supraspinatus tendon superimposed on cuff tendinopathy." This injury affects the stability and function of the shoulder.

13. Plaintiff also alleges pain (past and future), swelling, discomfort and diminished use and function.

14. Plaintiff's Complaint assert damages for past medical expenses of $18,000.

15. Plaintiff alleges the need for future medical care and expenses consisting of treatment and surgical repair including a "reverse total shoulder arthroscopy".

16. Plaintiff asserts economic damages for the inability to work.

17. Plaintiff's attorney's affidavit alleges damages in excess of $50,000. *Exhibit 5.*

18. On February 8, 2023, in a pre-suit letter to defendant, plaintiff made a settlement demand in the amount of $135,000. *Exhibits 3 and 4.*

19. Combining all of the alleged injuries and damages asserted by plaintiff, the amount of controversy is in excess of $75,000.

20. Defendant was served the summons for this cause of action on December 1, 2023; accordingly, this Notice of Removal is timely filed within 30 days of the date of service in compliance with 28 USC § 1446(b). *See Exhibit 3 and Return of Service attached hereto as Exhibit 2.*

21. Pursuant to 28 U.S.C. § 1446(a), removal to the United States District Court for the Southern District of Illinois is proper because this is the federal district court for the district and division embracing the place where the state court suit is pending.

22. As required by 28 U.S.C. § 1446(a), true and correct copies of all process, pleadings and orders served upon Defendant are being filed with this Notice of Removal. *See Exhibits 1 and 6*.

WHEREFORE, Defendant Anil Gupta requests an Order of this Court causing the above-described Case Number 23-LA-1145 pending in the Circuit Court of St. Clair County, Illinois, styled Edward Williams v. Anil Gupta, be removed to this Court

4

for further proceedings and that this Court take jurisdiction herein and make further orders as may be necessary and proper.

By  */s/ Gregory G. Fenlon*
GREGORY G. FENLON #6194016 IL
601 S. Lindbergh
St. Louis, Missouri   63131
(314) 862-7999 ;  fax   862-7999
Attorney for Plaintiff
ggfmoatty@aol.com