IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

EDWARD WILLIAMS,

    Plaintiff,

v.

ANIL GUPTA,

    Defendant.

Case No. 23-cv-4013-SPM

## JUDGMENT

This matter having come before the Court, and the litigants having stipulated to dismissal without prejudice (Doc. 25);

**IT IS ORDERED AND ADJUDGED** that the action brought by Plaintiff Edward Williams against Defendant Anil Gupta is **DISMISSED without prejudice** pursuant to Rule 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

**DATED: July 22, 2024**

    MONICA A. STUMP,
    Clerk of Court

    By: s/ *Jackie Muckensturm*
    Deputy Clerk

**APPROVED: s/ *Stephen P. McGlynn*
    STEPHEN P. MCGLYNN
    U.S. District Judge**